IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | | |
|---|---|---|
| DONEGAL MUTUAL INSURANCE COMPANY, | ) ) ) | CASE NO. 3:23-cv-253 |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| CNH INDUSTRIAL AMERICA, LLC d/b/a NEW HOLLAND, | ) ) ) ) | |
| Defendant. | ) | |

### NOTICE OF REMOVAL

Defendant CNH Industrial America, LLC ("CNH"), by counsel, and pursuant to 28 U.S.C. §§1332, 1441 and 1446, removes this matter to this Court and in support thereof states as follows:

1. On or about September 18, 2023, Plaintiff filed the following lawsuit in the Court of Common Pleas, Bedford County, Pennsylvania: *Donegal Mutual Insurance Company v. CNH Industrial America, LLC dba New Holland,* Case No. 787-2023 ("State Court Action").

2. CNH was served with Plaintiff's Complaint for the State Court Action on September 25, 2023. CNH has not yet served an answer in the State Court Action.

3. This Notice is filed within 30 days of receipt of the initial pleading by CNH, and within one year of the commencement of this action, as mandated by 28 U.S.C. § 1446(b). *See Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344 (1999). Accordingly, removal of this action is timely.

4. Pursuant to 28 U.S.C. § 1446(a), a copy of the State Court Record, including all pleadings, motions, orders, and all other filings is attached as collective Exhibit A.

1

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332, in that there is complete diversity of citizenship and the damages sought exceed the sum of $75,000 as demonstrated by the following:

    a. Plaintiff Donegal Mutual Insurance Company is a Pennsylvania corporation with its principal place of business in Pennsylvania (Complaint, ¶ 1; Exhibit B, Donegal Mutual Insurance Company Information from Pennsylvania Secretary of State Webpage). Donegal Mutual Insurance Company is therefore a citizen of Pennsylvania.

    b. Defendant CNH Industrial America, LLC is a privately held Delaware limited liability company with its principal place of business in Wisconsin. CNH Industrial America, LLC's sole member is Case New Holland Industrial, Inc. Case New Holland Industrial, Inc. is a Delaware corporation with its principal place of business in Wisconsin. Thus, CNH Industrial America, LLC is a citizen of Delaware and Wisconsin.

    c. The amount in controversy, exclusive of interest and costs, exceeds $75,000.00 and, therefore, satisfies the jurisdictional requirement. Plaintiff alleges $175,000 in damages in its Complaint. (Complaint, ¶ 15).

6. This lawsuit is, therefore, a civil action over which this Court has original jurisdiction under 28 U.S.C. §1332 and is one which may be removed to this Court under 28 U.S.C. §§ 1441 and 1446. Further, removal to this judicial district is proper under 28 U.S.C. § 1441(a), as this district and division embrace Bedford County, Pennsylvania, where the lawsuit is pending.

7.  Promptly after it is filed with this Court, CNH will serve this Notice on Plaintiff and file a copy of this Notice with the Clerk of the Court of Common Pleas, Bedford County, Pennsylvania.

WHEREFORE, this action is properly removed from the Court of Common Pleas, Bedford County, Pennsylvania, to this Court for all further proceedings.

Respectfully submitted,

*/s/ Keymo A. Hoshing*

Kevin L. Colosimo
PA I.D. No.: 80191

Keymo A. Hoshing
PA I.D. No.: 330944

Frost Brown Todd LLP
Union Trust Building
501 Grant Street, Suite 800
Pittsburgh, PA 15219
T:  412-513-4300
F:  412-513-4299
kcolosimo@fbtlaw.com
khoshing@fbtlaw.com

Attorneys for Defendants,
*CNH Industrial America, LLC*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of October, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and served via USPS first class, prepaid mail:

Vincent J. Iozzi, Esq.
MARGOLIS EDELSTEIN
The Curtis Center, Suite 400E
170 South Independence Mall West
Philadelphia, PA 19106-3337
viozzi@margolisedelstein.com

*Attorney for Plaintiff Donegal Mutual Insurance Company a/s/o Carl A. and Valerie L. Detwiler*

　　　　　　　　　　　　　　　　　　　　*/s/ Keymo A. Hoshing*
　　　　　　　　　　　　　　　　　　　　Keymo A. Hoshing