IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONEGAL MUTUAL INSURANCE COMPANY**<br><br>　　　　　　　　Plaintiff<br>　vs.<br><br>**CNH INDUSTRIAL AMERICA, LLC dba NEW HOLLAND**<br><br>　　　　　　　　Defendant | CIVIL ACTION NO: 3:23-CV-00253 |

## NOTICE OF DISMISSAL

TO THE PROTHONOTARY:

Donegal Mutual Insurance Company , by and through their undersigned counsel, hereby dismisses the above captioned lawsuit with prejudice.

　　　　　　　　　　　　　　　　MARGOLIS EDELSTEIN

　　　　　　　　　　　　　　　　*Vincent J. Iozzi*
　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Vincent J. Iozzi, Esquire
　　　　　　　　　　　　　　　　Attorney ID: 50688
　　　　　　　　　　　　　　　　viozzi@margolisedelstein.com
　　　　　　　　　　　　　　　　170 S. Independence Mall W. Suite #400E
　　　　　　　　　　　　　　　　Philadelphia, PA, 19106
　　　　　　　　　　　　　　　　*Attorney For Plaintiff Donegal Mutual Insurance Company A/S/O Carl A. And Valerie L. Detwiler*

Date: July 18, 2024

AND NOW, this 19th day of July, 2024, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DONEGAL MUTUAL INSURANCE COMPANY**<br><br>                              **Plaintiff**<br>vs.<br><br>**CNH INDUSTRIAL AMERICA, LLC dba NEW HOLLAND**<br><br>                              **Defendant** | **CIVIL ACTION NO: 3:23-CV-00253** |

## CERTIFICATE OF SERVICES

 I Vincent J. Iozzi, Esquire, Attorney for Plaintiff, hereby certify that services of the Notice of Dismissal with Prejudice had been made on the defendants by electronic filing (CM-ECF) notice and E-mail on July 18, 2024.

Nicholas C. Pappas
Haley A. Johnston
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN 46244-0961
npappas@fbtlaw.com
hjohnston@fbtlaw.com

Kevin L. Colosimo, Esq.
Keymo A. Hoshing, Esq.
FROST BROWN TODD LLP
Union Trust Building
501 Grant Street, Suite 800
Pittsbugh, PA 15219
kcolosimo@fbtlaw.com
khoshing@fbtlaw.com

*Attorneys for Defendant*
*CNH Industrial America, LLC*

            **MARGOLIS EDELSTEIN**

            *Vincent J. Iozzi*
            _____
            Vincent J. Iozzi, Esquire
            *Attorney For Plaintiff Donegal Mutual*
            *Insurance Company A/S/O Carl A. And*
            *Valerie L. Detwiler*

Date: <u>July 18, 2024</u>